**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**STONEEAGLE SERVICES, INC.,**

      **Plaintiff,**

                                      Case No.: 8:13-cv-02240-VMC-MAP

**v.**

**PAY-PLUS SOLUTIONS, INC.,
and PREMIER HEALTHCARE
EXCHANGE, INC.,**

      **Defendants.**

_____/

## JOINT NOTICE OF FILING OF SUBMISSION TO JURY REGARDING CONSTRUED CLAIMS

Pursuant to the Court's direction at the Supplemental Pretrial Conference held on July 29, 2015 and the Court's Order on July 31, 2015 (Dkt. 248), Plaintiff, StoneEagle Services, Inc. ("StoneEagle") and Defendants Pay-Plus Solutions, Inc. and Premier Healthcare Exchange, Inc. (collectively, "Defendants") hereby give joint notice of filing the attached joint submission regarding how the jury should be instructed regarding the claim terms construed by the Court.

Although the parties agree on the format of a "Claim Interpretation" jury handout based on the Court's Claim Construction Order (Dkt. 197), they disagree on the inclusion the following language that StoneEagle asserts is needed to clarify the construction set forth in the chart:

> *In applying these term definitions to the language of the asserted claims, you should use the following meanings:*

> *"a computer generated electronic file"* means *"one more computer generated electronic files"*;
>
> *"a writing"* means *"one or more writings"*; and
>
> *"an electronic file"* means *"one or more electronic files"*.

StoneEagle proposes the version of the "Claim Interpretation" jury handout attached hereto as Exhibit A, with the above language set forth below the chart. StoneEagle contends that the above clarifying language (contained in Exhibit A and omitted from Exhibit B) is an integral part of the Court's claim constructions (*see* Dkt. 197 at pp. 22-25, 28-29, 41-42, 46-47), formed the basis for part of the Court's Order Denying Defendants' Motion for Summary Judgment (*see* Dkt. 206 at pp. 27-28), and should be included in the "Claim Interpretation" jury handout.

Defendants object to the inclusion of the above language in Exhibit A because it was not part of the constructions set forth in the Court's Claim Construction Order (Dkt. 197). A copy of the "Claim Interpretation" jury handout without the language objected to by Defendants is attached hereto as Exhibit B.

Respectfully submitted on August 2, 2015.

| | |
|---|---|
| s/ Richard E. Fee | s/ Frederick Whitmer |
| Richard E. Fee | Frederick Whitmer (p*ro hac vice)* |
| Florida Bar No. 813680 | KILPATRICK TOWNSEND & |
| Kathleen M. Wade |   STOCKTON LLP |
| Florida Bar No. 127965 | The Grace Building |
| Catherine F. Yant | 1114 Avenue of the Americas |
| Florida Bar No. 104852 | New York, New York 10036-7703 |
| FEE & JEFFRIES, P.A. | Telephone: (212) 775-8700 |
| 1227 N. Franklin Street | Facsimile: (212) 775-8800 |
| Tampa, Florida 33602 | fwhitmer@kilpatricktownsend.com |
| (813) 229-8008 | |
| (813) 229-0046 (Facsimile) | and |
| rfee@feejeffries.com | |
| kwade@feejeffries.com | Susan A. Cahoon (*pro hac vice*) |
| cyant@feejeffries.com | Russell A. Korn (*pro hac vice)* |
| | David A. Reed (*pro hac vice)* |
| ***Counsel for Plaintiff,*** | KILPATRICK TOWNSEND & |
| ***StoneEagle Services, Inc.*** |   STOCKTON LLP |
| | 1100 Peachtree Street, NE, Ste. 2800 |
| | Atlanta, GA 30309 |
| | (404) 815-6500 |
| | (404) 815-6555  (Facsimile) |
| | scahoon@kilpatricktownsend.com |
| | rkorn@kilpatricktownsend.com |
| | dareed@kilpatricktownsend.com |
| | |
| | and |
| | |
| | Margaret D. Mathews |
| | Florida Bar No. 348430 |
| | AKERMAN LLP |
| | 401 East Jackson Street, Suite 1700 |
| | Tampa, Florida 33602 |
| | (813) 223-7333 |
| | (813) 223-2837 (Facsimile) |
| | margaret.mathews@akerman.com |
| | |
| | ***Counsel for Defendants,*** |
| | ***Pay-Plus Solutions, Inc., and*** |
| | ***Premier Healthcare Exchange, Inc.*** |