# EXHIBIT A

# CLAIM INTERPRETATION

This handout is meant to explain to you the meaning of some of the words of the claims of the '904 Patent and '748 Patent. As I have previously instructed you, you must accept my definition of these words in the claims as correct. For any words in the claim for which I have not provided you with a definition, you should apply their common meaning. You should not take my definition of the language of the claims as an indication that I have a view regarding how you should decide the issues that you are being asked to decide, such as infringement and invalidity. These issues are yours to decide.

When the following terms appear in the claims of the '904 Patent and '748 Patent, they are defined as follows:

| Term | Definition |
|---|---|
| "stored-value card" | "credit card, debit card, or EFT card" |
| "stored-value card account" | "a credit card, debit card, or EFT card account" |
| "stored-value card account number" | "a credit card, debit card, or EFT card account number" |
| "explanation of benefits" | "information describing, but not limited to, the amount the health care provider billed the Payer's company, the amount the Payer's company paid on the claim, and the contractual discount amount and the patient responsibility" |
| "intercepting the explanation of benefits and payment information transmitted from the administrator to the health care provider" | "obtaining information describing, but not limited to, the amount the health care provider billed the Payer's company; the amount the Payer's company paid on the claim; and the contractual discount amount and the patient responsibility and payment information, which is sent or conveyed from the administrator to the health care provider" |
| "single-use" | "associated with a single type of card to be used for a single payment" |
| "loading a unique, single-use stored-value card account by one or more computers with an amount equal to a single adjudicated benefit payment" | "funding – by one or more computers - an account – that is only used once – [for funding a credit, debit, or EFT card] that is associated with a single type of card to be used for a single payment, to an amount equal to a single adjudicated benefit payment" |

1

| Term | Definition |
|---|---|
| "merging . . . into a computer-generated image file" | "combining . . . into a computer generated electronic file that contains an image" |
| "merging . . . into a document by one or more computers" | "combining . . . by one or more computers a writing conveying information that can be stored as a file" |
| "merging . . . into an electronic file by said one or more computers" | "combining . . . into an electronic file by said one or more computers" |
| "image file" | "an electronic file that contains an image" |
| "transmitting" | "sending or conveying from one person or place to another" |
| "transmitted" | "sent or conveyed from one person or place to another" |
| "document" | "a writing conveying information that can be stored as a file" |
| "unique, stored-value card account" | "an account (for funding a credit, debit, or EFT card) that is only used once" |
| "unique, single-use stored-value card account" | "an account (for funding a credit, debit, or EFT card) that is only used once and is associated with a single type of card to be used for a single payment" |
| "a unique, single-use stored-value card account prefunded with an amount equal to a single, adjudicated benefit payment" | "an account (for funding a credit, debit, or EFT card) that is only used once and is associated with a single type of card to be used for a single payment that is funded with money in amount equal to a single, adjudicated benefit payment before the card information is sent to the health care provider" |
| "acquiring a single-use stored- value card account number and loading it with funds equal to the authorized amount" | "obtaining a credit card, debit card or EFT card account number associated with a single type of card to be used for a single payment and funding it with funds equal to the authorized amount" |
| "single-use stored-value card account" | "an account (for funding a credit, debit, or EFT card) that is associated with a single type of card to be used for a single payment" |

| Term | Definition |
|---|---|
| "allocating funds," "allocated within an account," and "allocate funds" | "to set apart for a particular purpose, assign, or allot" |
| "file" | "one or more documents containing a collection of information, referred to by file name" |

In applying these term definitions to the language of the asserted claims, you should use the following meanings:

"a computer generated electronic file" means "one more computer generated electronic files";

"a writing" means "one or more writings"; and

"an electronic file" means "one or more electronic files".