UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: 8:13-cv-2240-T-33MAP | DATE: August 5, 2015 |
|---|---|
| HONORABLE VIRGINIA M. HERNANDEZ COVINGTON | |
| STONEEAGLE SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>PAY-PLUS SOLUTIONS, INC., et al.<br><br>Defendants | PLAINTIFF COUNSEL<br>Richard Edson Fee<br>Kathleen M. Wade<br><br>DEFENDANT COUNSEL<br>Susan A. Cahoon<br>Fredrick Whitmer<br>Margaret Diane Mathews<br>Russell A. Korn<br>David Reed |
| COURT REPORTER: Scott Gamertsfelder | DEPUTY CLERK: Shameeka Teasley |
| TIME: 8:47 AM – 10:43 AM; 10:55 AM – 12:15 PM;<br>1:20 PM – 3:04 PM; 3:17 PM – 5:04 PM<br>TOTAL: 6 Hours, 47 Minutes | COURTROOM: 14B |

PROCEEDINGS: JURY TRIAL – DAY 3

| | |
|---|---|
| 8:47 AM | The Court discussed 11th Circuit Jury Instructions with Counsel. The Court will allow jurors to pass any questions to the Court they may have of witnesses whose testimony was presented by video deposition. |
| 8:55 AM | The Court discussed courtroom audio issues with Plaintiff's counsel. Defense counsel objected to highlights on Plaintiff's exhibits being presented to the jury. Objection sustained by the Court. |
| 9:05 AM | Plaintiff's IT tech set up Plaintiff's trial presentation equipment. |
| 9:26 AM | Jurors were brought into the courtroom. |
| 9:27 AM | Plaintiff substituted Court's Exhibit 2 (Claim Interpretation). The Court discussed the addition to the revised Claim Interpretation: page 2, fourth term from top ("creating a computer generated file containing…by one or more computers"); Exhibits 49, 50, 51, 52, 53, 54, 55, and 75 were moved into evidence. Defendant withdrew its objection to Exhibit 53. No objections to the remaining aforementioned exhibits. |
| 9:31 AM | Plaintiff presented video deposition testimony of Benjamin Morris. |

| | |
|---|---|
| 9:59 AM | Plaintiff presented Exhibits 49 and 50. |
| 10:07 AM | Plaintiff's Exhibits 37 and 38 moved into evidence. No objections by Defendant. Video deposition of B. Morris resumes. |
| 10:17 AM | Plaintiff's Exhibits 39 and 41 moved into evidence. No objections by Defendant. Video deposition of B. Morris resumed. |
| 10:32 AM | Plaintiff published its Exhibits 37, 38, 39, 41, 51, 52, and 53. |
| 10:43 AM – 10:55 AM | Court in recess. |
| 10:55 AM | Jurors were brought back into the Courtroom. |
| 10:57 AM | Video deposition of B. Morris resumed; concluded at 11:10 AM. |
| 11:10 AM | Plaintiff published Exhibits 54 and 55. |
| 11:12 AM | Video deposition of Michael Miroslaw presented by Plaintiff. |
| 11:56 AM | The following exhibits were moved into evidence by the Court and published by Plaintiff: Exhibits 24-33 (regarding Exhibit 28, Plaintiff clarified that the Jeffrey Brown referenced in the e-mail is not the same Jeffrey Brown, President and General Counsel of Stoneeagle, Inc.); Exhibits 34, 35, 40, 42, 43, 44, 45, 46, 47, 48; no objections by Defendant. |
| 12:15 PM –1:20PM | Lunch; Court in recess |
| 1:20 PM | Court resumed. Jury reentered the courtroom. |
| 1:22 PM | Plaintiff continued its presentation of video deposition of Michael Miroslaw. Plaintiff published Exhibits 38, 39, 40, 41, 42, 43, 44, 45, 46, and 47 while video deposition played. |
| 2:12 PM | Deposition testimony of Avigdor Tessler was read into the record; Testimony of A. Tessler was read by Attorney Dave Jeffries. Plaintiff's Exhibits 77-83 were moved into evidence and published to jury throughout reading of deposition. No objections by Defendant; concluded at 2:30 PM. |
| 2:32 PM | Video deposition of Anthony Vigorito presented by Plaintiff. Plaintiff's Exhibits 122 and 134-149 moved into evidence and published by Plaintiff. |
| 3:04 PM – 3:17 PM | Court in recess. |
| 3:17 PM | The Court and Parties discussed and decided to discard original version of Court's Exhibit 2 (Claim Interpretation), in light of revised copy having been moved into evidence. |
| 3:19 PM | The jury reentered the courtroom. Video deposition of Anthony Vigorito resumed, to include Plaintiff's publishing Exhibits 122 and 134-149 before the jury. |
| 3:57 PM | Part Two of Anthony Vigorito's video deposition presented by Plaintiff; concluded at 4:05. |
| 4:07 PM | Regarding Day 4 of trial, the Court discussed moving trial to another courtroom (15th floor) versus continuing to use present courtroom, as a result of the noise level from construction taking place within the courthouse. Trial will begin in14B, but if the noise is too disruptive to the proceedings, the trial will be moved to a courtroom on 15th floor. No objections by jurors, Plaintiff, or Defendant. |

| | |
|---|---|
| 4:09 PM | Plaintiff and Defendant addressed jury regarding Jay Ver Hulst's medical issues and why he is present in the courtroom, yet his video deposition was presented in lieu of his testifying in court; however, Mr. Ver Hulst may be called to testify briefly tomorrow. |
| 4:10 PM | Video deposition of Jay Ver Hulst presented by Plaintiff. |
| 4:19 PM | Plaintiff's Exhibits 86-103 moved into evidence and published to jury throughout presentation of video deposition of J. Ver Hulst. |
| 4:21 PM | Video deposition of J. Ver Hulst resumed. |
| 4:53 PM | The Court instructs Plaintiff to pause video deposition of J. Ver Hulst, to resume tomorrow; the jury is dismissed for the day. |
| 4:54 PM | The Court discusses remaining length of J. Ver Hulst's deposition, Plaintiff will then call Bobby Allen and Weston Anson; then rest Plaintiff's case-in-chief. Attorney Whitmer will begin his case-in-chief on Friday, August 7, unless Plaintiff concludes its case early tomorrow. Parties will provide the Court with a list of issues upon which they agree and disagree on Friday. |
| 5:04 PM | Court adjourned for the day. |