UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STONEEAGLE SERVICES, INC.,

    Plaintiff,

v.

PAY-PLUS SOLUTIONS, INC.,
and PREMIER HEALTHCARE
EXCHANGE, INC.,

    Defendants.
_____/

Case No.: 8:13-cv-02240-VMC-MAP

## VERDICT FORM

### GENERAL INSTRUCTIONS

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

### FINDINGS OF THE JURY

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

### Alleged Infringement of StoneEagle's '904 Patent

1. Do you find that the Plaintiff StoneEagle Services, Inc. ("StoneEagle") proved by a preponderance of the evidence (that it is more likely than not) that **Defendant, Pay-Plus Solutions, Inc. ("PPS")**, infringed the following claims of the '904 Patent by use of the Pay-Plus™ Select healthcare benefit payment processing system known as the "One-Fax Method"?

    Claim 2    Yes: ✓    or    No: _____

    If you answered "Yes", did StoneEagle prove by clear and convincing evidence that PPS' infringement of Claim 2 was willful?    Yes: ✓    or    No: _____

    Claim 7    Yes: ✓    or    No: _____

    Claim 12   Yes: ✓    or    No: _____

    Claim 17   Yes: ✓    or    No: _____

2. Do you find that Plaintiff StoneEagle proved by a preponderance of the evidence (that it is more likely than not) that **Defendant, Premier Healthcare Exchange, Inc. ("PHX")** infringed the following claims of the '904 Patent by use of the Pay-Plus™ Select healthcare benefit payment processing system known as the "One-Fax Method"?

    Claim 2    Yes: ✓    or    No: _____

    If you answered "Yes", did StoneEagle prove by clear and convincing evidence that PHX infringement of Claim 2 was willful?    Yes: ✓    or    No: _____

    Claim 7    Yes: ✓    or    No: _____

    Claim 12   Yes: ✓    or    No: _____

    Claim 17   Yes: ✓    or    No: _____

[Please proceed to question 3 on the following page]

**Alleged Inducement of Infringement of StoneEagle's '904 Patent**

3.  Do you find that the Plaintiff StoneEagle Services, Inc. proved by a preponderance of the evidence (that it is more likely than not) that **Defendant PHX** actively induced PPS' infringement of the following claims of the '904 Patent by use of the Pay-Plus™ Select healthcare benefit payment processing system known as the "One Fax Method"?

| Claim | Yes | or | No |
|---|---|---|---|
| Claim 2 | ✓ | or | |
| Claim 7 | ✓ | or | |
| Claim 12 | ✓ | or | |
| Claim 17 | ✓ | or | |

[If you answered "Yes" as to any of the claims in questions 1 through 3 above, answer questions 4 through 6 below. If you answered "No" to all parts of questions 1 through 3 above, do **NOT** answer questions 4 through 6 below, but go directly to question 7.]

**Alleged Invalidity of StoneEagle's '904 Patent**

4.  Have PPS and PHX proven by clear and convincing evidence that any of the following claims of the '904 Patent are invalid because they would have been obvious to one of ordinary skill in the art at the time of the claimed invention?

| Claim | Yes | or | No |
|---|---|---|---|
| Claim 2 | | or | ✓ |
| Claim 7 | | or | ✓ |
| Claim 12 | | or | ✓ |
| Claim 17 | | or | ✓ |

[Please proceed to the following page]

3

5. Have PPS and PHX proven by clear and convincing evidence that any of the following claims of the '904 Patent are invalid because they lack the required written description?

        Claim 2     Yes: _____  or  No: ✓

        Claim 7     Yes: _____  or  No: ✓

        Claim 12    Yes: _____  or  No: ✓

        Claim 17    Yes: _____  or  No: ✓

6. Have PPS and PHX proven by clear and convincing evidence that any of the following claims of the '904 Patent are invalid because they lack the required enablement?

        Claim 2     Yes: _____  or  No: ✓

        Claim 7     Yes: _____  or  No: ✓

        Claim 12    Yes: _____  or  No: ✓

        Claim 17    Yes: _____  or  No: ✓

[Please proceed to question 7 on the following page]

**Alleged Infringement of StoneEagle's '748 Patent**

7. Do you find that the Plaintiff StoneEagle proved by a preponderance of the evidence (that it is more likely than not) that **Defendant PPS** infringed the following claims of the '748 Patent by use of the Pay-Plus™ Select healthcare benefit payment processing system known as the "One-Fax Method"?

   Claim 13   Yes: __✓__   or   No: _____
   Claim 19   Yes: __✓__   or   No: _____

8. Do you find that Plaintiff StoneEagle proved by a preponderance of the evidence (that it is more likely than not) that **Defendant PHX** infringed the following claims of the '748 Patent by use of the Pay-Plus™ Select healthcare benefit payment processing system known as the "One-Fax Method"?

   Claim 13   Yes: __✓__   or   No: _____
   Claim 19   Yes: __✓__   or   No: _____

9. Do you find that the Plaintiff StoneEagle proved by a preponderance of the evidence (that it is more likely than not) that **Defendant PPS** infringed the following claims of the '748 Patent by use of the Pay-Plus™ Select healthcare benefit payment processing system known as the "Two-Fax Method"?

   Claim 13   Yes: _____   or   No: __✓__
   Claim 19   Yes: __✓__   or   No: _____

[Please proceed to question 10 on the following page]

10. Do you find that Plaintiff StoneEagle proved by a preponderance of the evidence (that it is more likely than not) that **Defendant PHX** infringed the following claims of the '748 Patent by use of the Pay-Plus™ Select healthcare benefit payment processing system known as the "Two-Fax Method"?

    Claim 13    Yes: _____  or  No: ✓

    Claim 19    Yes: ✓  or  No: _____

11. Do you find that the Plaintiff StoneEagle proved by a preponderance of the evidence (that it is more likely than not) that **Defendant PPS** infringed the following claims of the '748 Patent by use of the Pay-Plus™ Select healthcare benefit payment processing system known as the "Hardcopy Method"?

    Claim 13    Yes: ✓  or  No: _____

    Claim 19    Yes: ✓  or  No: _____

12. Do you find that Plaintiff StoneEagle proved by a preponderance of the evidence (that it is more likely than not) that **Defendant PHX** infringed the following claims of the '748 Patent by use of the Pay-Plus™ Select healthcare benefit payment processing system known as the "Hardcopy Method"?

    Claim 13    Yes: ✓  or  No: _____

    Claim 19    Yes: ✓  or  No: _____

[Please proceed to question 13 on the following page]

**Alleged Inducement of Infringement of StoneEagle's '748 Patent**

13. Do you find that the Plaintiff StoneEagle Services, Inc. proved by a preponderance of the evidence (that it is more likely than not) that **Defendant PHX** actively induced PPS' infringement of the following claims of the '748 Patent by use of the Pay-Plus™ Select healthcare benefit payment processing system known as the "One Fax Method"?

    Claim 13   Yes: ✓   or   No: _____
    Claim 19   Yes: ✓   or   No: _____

14. Do you find that the Plaintiff StoneEagle Services, Inc. proved by a preponderance of the evidence (that it is more likely than not) that **Defendant PHX** actively induced PPS' infringement of the following claims of the '748 Patent by use of the Pay-Plus™ Select healthcare benefit payment processing system known as the "Two Fax Method"?

    Claim 13   Yes: _____   or   No: ✓
    Claim 19   Yes: ✓   or   No: _____

15. Do you find that the Plaintiff StoneEagle Services, Inc. proved by a preponderance of the evidence (that it is more likely than not) that **Defendant PHX** actively induced PPS' infringement of the following claims of the '748 Patent by use of the Pay-Plus™ Select healthcare benefit payment processing system known as the "Hardcopy Method"?

    Claim 13   Yes: ✓   or   No: _____
    Claim 19   Yes: ✓   or   No: _____

[Please proceed to the following page]

[If you answered "Yes" to any part of questions 7 through 15 above, answer questions 16 through 18 below. If you answered "No" to all parts of questions 7 through 15 above, do **NOT** answer questions 16 through 18 below, but proceed to the section on Damages on the following page]

**Alleged Invalidity of StoneEagle's '748 Patent**

16. Have PPS and PHX proven by clear and convincing evidence that any of the following claims of the '748 Patent are invalid because they would have been obvious to one of ordinary skill in the art at the time of the claimed invention?

        Claim 13    Yes: _____  or  No: ✓

        Claim 19    Yes: _____  or  No: ✓

17. Have PPS and PHX proven by clear and convincing evidence that any of the following claims of the '748 Patent are invalid because they lack the required written description?

        Claim 13    Yes: _____  or  No: ✓

        Claim 19    Yes: _____  or  No: ✓

18. Have PPS and PHX proven by clear and convincing evidence that any of the following claims of the '748 Patent are invalid because they lack the required enablement?

        Claim 13    Yes: _____  or  No: ✓

        Claim 19    Yes: _____  or  No: ✓

[Please proceed to question 19 on the following page]

**Damages**

If you found that Defendants infringed any asserted claim of either the '904 Patent or the '748 Patent that was not invalid, you should answer Question No. 19 below.

19. What amount should StoneEagle recover from Defendants as a reasonable royalty for Defendants' patent infringement?

| One-Fax System | Two-Fax System | Hardcopy System |
|---|---|---|
| $ 305,000 | $ 1,911,400 | $ 4,450 |

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the verdict form in the spaces below and notify the marshal that you have reached a verdict. The Jury Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

So say we all.

DATED: August 11, 2015      By: _____, Jury Foreperson
                                 JAMES P. JEFFRIES

9