UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STONEEAGLE SERVICES, INC.,**

    **Plaintiff,**

Case No.: 8:13-cv-02240-VMC-MAP

v.

**PAY-PLUS SOLUTIONS, INC.,**
**and PREMIER HEALTHCARE**
**EXCHANGE, INC.,**

    **Defendants.**
_____/

## SATISFACTION OF JUDGMENT

Plaintiff, StoneEagle Services, Inc., gives notice that Defendants, Pay-Plus Solutions, Inc. and Premier Healthcare Exchange, Inc., have satisfied the Judgment in this case (Doc. No. 277).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 5, 2015, I certify I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: **Susan A. Cahoon, Esq., Russell A. Korn, Esq., David A. Reed, Esq., and Joshua H. Lee, Esq.,** KILPATRICK TOWNSEND & STOCKTON LLP, 1100 Peachtree Street NE, Suite 2800, Atlanta, Georgia 30309; **Frederick L. Whitmer, Esq.**, KILPATRICK TOWNSEND & STOCKTON, LLP, The Grace Building, 1114 Avenue of the Americas, New York, New York 10036-7703; and **Margaret D. Mathews, Esq.**, AKERMAN LLP, 401 E. Jackson Street, Suite 1700, Tampa, Florida 33602; Counsel for Defendants.

        s/ Richard E. Fee
        Richard E. Fee
        Florida Bar No. 813680
        Kathleen M. Wade
        Florida Bar No. 127965
        Catherine F. Yant
        Florida Bar No. 104852
        FEE & JEFFRIES, P.A.
        1227 N. Franklin Street
        Tampa, Florida 33602
        (813) 229-8008
        (813) 229-0046 (Facsimile)
        rfee@feejeffries.com
        kwade@feejeffries.com
        cyant@feejeffries.com

        Counsel for Plaintiff,
        StoneEagle Services, Inc.